SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, John S. Henson, Thomas A. Olson

From: The District Court of the Eighth Judicial District, County of Cascade. STATE OF MONTANA, Plaintiff vs. GREGORY CRAIG CARPENTER, Defendant.

DECISION

No. (C)DC-83-163b

The application of the above-named defendant for a review of the sentence of 40 years with 20 years suspended + conditions imposed on May 15, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board agrees unanimously that the sentence imposed was proper and just.

HON. JOHN HENSON abstained.

We wish to thank Nancy Belcheff of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 26th day of December, 1984.

SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, John S. Henson, Thomas A. Olson

From: The District Court of the Eighth Judicial District, County of Cascade. STATE OF MONTANA, Plaintiff vs. HARVEY W. LAVERDURE, Defendant.

DECISION

No. (B)DC-82-063

The application of the above-named defendant for a review of the sentence of 20 years + medical expenses incurred by the victim imposed on April 5, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board agrees unanimously that the sentence imposed was proper and just.

We wish to thank John Schulte of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 26th day of December, 1984.